IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEE JACKSON,   No. C 06-6599 SI

    Plaintiff,   **ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**

  v.

STATE OF CALIFORNIA, et al.,

    Defendant.
_____/

    On October 23, 2006, plaintiff filed a complaint against the State of California and the City and County of San Francisco. Plaintiff also filed an application to proceed *in forma pauperis*. The complaint seeks damages arising from a "personal injury as passenger of state vehicle while being operated within county boundaries." Plaintiff has attached to the complaint a completed "Claim Against the City and County of San Francisco" stating that on April 20, 2006, he was a passenger on a Muni bus which was involved in an accident with a truck. The claim lists a San Francisco, California address for plaintiff.

    Title 28 U.S.C. § 1915(e)(2) authorizes federal courts to dismiss a complaint filed *in forma pauperis* if the Court determines that the complaint fails to state a claim. *See* 28 U.S.C. § 1915(e)(2)(B)(ii). Here, plaintiff's complaint does not establish any basis for federal jurisdiction. Plaintiff is advised that in order to sue in federal court, a party must allege a violation of a federal law or establish diversity of citizenship.

    Accordingly, plaintiff's complaint is DISMISSED WITH LEAVE TO AMEND pursuant to Section 1915(e)(2). *See Lopez v. Smith*, 203 F.3d 1122, 1128 (9th Cir. 2000). Plaintiff's application to proceed *in forma pauperis* is DENIED as moot. If plaintiff wishes to file an amended complaint, the

complaint shall (1) state the basis for federal jurisdiction; (2) specifically identify the claims that plaintiff is asserting (for example, if plaintiff is suing under a federal or state statute, the complaint shall identify that statute); (3) state, as clearly as possible, the facts giving rise to the complaint, including the dates upon which the events occurred; and (4) state the relief that plaintiff seeks. **Any amended complaint must be filed by November 17, 2006.** If plaintiff files an amended complaint, plaintiff may also re-file his application to proceed *in forma pauperis*.

**IT IS SO ORDERED.**

Dated: November 2, 2006

SUSAN ILLSTON
United States District Judge