IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE JACKSON, | No. C 06-6599 SI |
| Plaintiff, | **ORDER DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND** |
| v. | |
| STATE OF CALIFORNIA, et al., | |
| Defendant. | |

On November 2, 2006, plaintiff's complaint was dismissed with leave to amend. Any amended complaint was to be filed no later than November 17, 2006.

Plaintiff has not filed an amended complaint nor anything else in this action since then. Accordingly, plaintiff's complaint is dismissed without leave to amend. Plaintiff's application to proceed *in forma pauperis* is denied as moot.

**IT IS SO ORDERED.**

Dated: January 23, 2007

SUSAN ILLSTON
United States District Judge